```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/23/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARCY COPELAND,

                Defendant.

24 Cr. 450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of Defendant's guilty plea, *see* ECF No. 17, the status conference scheduled for September 3, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: August 23, 2024
       New York, New York

ANALISA TORRES
United States District Judge