LEONARD M. ALDRIDGE
Attorney-At-Law
20 Vesey St. Suite 400
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2024

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York, 10007

**VIA ECF and Electronic Mail**

Re:   Sentencing date for *U.S. v. Darcy Copeland,* 24 Cr. 450 (AT)

Dear Judge Torres:

Mr. Darcy Copeland's sentence is currently scheduled before Your Honor for September 30, 2024, at 3:00 p.m. Because of a calendar conflict, I respectfully request, with no objection from the government, that the sentence be shortly adjourned, if possible, for either October 3 or 4.

This week I exchanged emails with AUSA Adam Sowlati, and he relayed that he is available for Mr. Copeland's sentence on October 3 (all day) and October 4 (all day except 10 a.m. to 11 a.m.). I also spoke with the U.S. Probation Officer in charge of the expedited Pre-Sentence Report, and she informed that the PSR would be filed shortly.

I thank the Court for its time and consideration of this request.

Sentencing is this matter is ADJOURNED to **October 7, 2024**, at **3:00 p.m.**  Defendant's sentencing submission is due on **September 23, 2024**, and the Government's is due on **September 30, 2024**.

SO ORDERED.

Dated: September 16, 2024
         New York, New York

_____
ANALISA TORRES
United States District Judge