```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DARCY COPELAND,

                Defendant.

24 Cr. 450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a violation of supervised release conference on **November 17, 2025**, at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge