UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARCY COPELAND,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/16/2025

24 Cr. 450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint email request to hold Mr. Copeland's violation of supervised release proceedings in abeyance while his state parole proceedings in New Jersey are ongoing.  The request is GRANTED.  The status conference currently scheduled for January 12, 2026 is ADJOURNED *sine die*.  By **February 9, 2026,** the parties shall file an update as to the status of Mr. Copeland's state parole proceedings.

SO ORDERED.

Dated: December 16, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge