USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARCY COPELAND,

Defendant.

24 Cr. 450 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court grants the parties' joint motion to modify Copeland's conditions of supervised release, *see* ECF No. 39. The Court shall file an amended judgment in due course.

On **November 16, 2026,** at **4:00 p.m.**, the parties shall appear for a violation of supervised release status conference in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, NY 10007.

SO ORDERED.

Dated: October 26, 2026
New York, New York

ANALISA TORRES
United States District Judge